1  BARRY J. PORTMAN
   Federal Public Defender
2  RONALD C. TYLER
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   19 th Floor, Box 36106
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5

6  Counsel for Defendant PEARSALL

7

8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12 UNITED STATES OF AMERICA,        )   No. CR 08-0799 JCS
                                    )
13              Plaintiff,          )   **STIPULATION AND [PROPOSED]**
                                    )   **ORDER TO CONTINUE SENTENCING**
14       v.                         )   **HEARING**
                                    )
15 JEFFREY A. PEARSALL,             )
                                    )
16              Defendant.          )
   _____)

17
       Defendant and the government, through their respective counsel, hereby stipulate that,
18
subject to the court's approval, the sentencing hearing in the above-captioned matter, presently
19
set for April 24, 2009, be continued to May 8, 2009, at 10:30 a.m.  The reason for the
20
continuance is defense counsel will be out of the office on the currently set date.
21
       All parties and the probation officer are available on the requested date.
22
//
23
//
24
//
25

26

STIPULATION TO CONTINUE
HEARING; *U.S. v. Jeffrey Pearsall*
CR 08-0799 JCS                              1

1  IT IS SO STIPULATED.

2

3  Dated:  April 17, 2009                    _____/s/_____
                                              RONALD C. TYLER
4                                             Assistant Federal Public Defender
                                              Counsel for Jeffrey A. Pearsall
5

6  Dated:  April 17, 2009                    _____/s/_____
                                              WENDY M. THOMAS
7                                             Assistant United States Attorney

8

9

10                              **[PROPOSED] ORDER**

11     GOOD CAUSE APPEARING, it is hereby ORDERED that the sentencing hearing in the

12  aforementioned matter currently set for April 24, 2009 shall be continued to May 8, 2009, at

13  10:30 a.m.

14     **IT IS SO ORDERED**.

15

16

17  Dated:  4/20/09                    _____
                                        HONORABLE JOSEPH C. SPERO
18                                      UNITED STATES MAGISTRATE JUDGE

STIPULATION TO CONTINUE
HEARING; *U.S. v. Jeffrey Pearsall*
CR 08-0799 JCS                       2